**Order entered December 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01312-CV

### CHAN IL PAK, Appellant

### V.

### AD VILLARAI, LLC, ET AL, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06030**

## ORDER

By letter dated December 5, 2017, the above-numbered case was set for submission on Friday, December 8, 2017. We **REMOVE** the case from the submission docket. Appellees have until January 2, 2018 to file a responsive brief or rely on the brief previously filed.

/s/    MOLLY FRANCIS
        JUSTICE